ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIM L. LASKE (Cal. Bar No. 223395)
Assistant U.S. Attorney
   Room 7516 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-0805
   Facsimile: (213) 894-7819
   Email: Tim.Laske@usdoj.gov

JS-6

Attorney for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALFREDO QUINTERO, | No. CV 09-4708 JFW (VBKx) |
|    Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | |
|    Defendant. | Hon. John F. Walter |

**ORDER DISMISSING ACTION PURSUANT TO SETTLEMENT STIPULATION**

1 | Pursuant to the Stipulation for Compromise Settlement and Release of All
2 | Claims executed by and between plaintiff Alfredo Quintero, aka R. Alfredo
3 | Quintero and Rey Alfredo Quintero ("Plaintiff"), and defendant the United States
4 | of America ("Defendant" or "United States of America"), filed concurrently
5 | herewith,
6 |     IT IS HEREBY ORDERED that:
7 |     1.    Unites States District Court, Central District of California, Case No.
8 | CV 09-4708 JFW (VBKx) shall be dismissed with prejudice in its entirety by
9 | Plaintiff against Defendant;
10 |     2.    Each party shall bear their own costs of suit, expenses and fees,
11 | including but not limited to attorneys' fees; and
12 |     3.    The Court shall retain jurisdiction over this case pending performance
13 | of the terms of the settlement executed by and between the parties.

DATED: June 1, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/_____
TIM L. LASKE
Assistant U.S. Attorney

Attorneys for Defendant,
the United States of America